## MONCRIEF v. MONCRIEF

(Supreme Court, Special Term, New York County. November 18, 1915.)

DIVORCE ⨀262—CONTEMPT—PUNISHMENT—STAY OF TRIAL.

Where defendant in divorce committed a contempt by failing to pay alimony and a counsel fee as directed, plaintiff's motion to punish the defendant will be granted, and the trial stayed until 20 days after the counsel fee shall have been paid, a proper measure, since such a stay will not impede the defendant in making his defense when the case finally comes to trial, but will operate simply to prevent him from taking any affirmative advantage of his own wrong by forcing the case to trial while the plaintiff, through defendant's own default, is without means properly to present her case.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. § 738; Dec. Dig. ⨀262.]

Action by Alice M. Moncrief against James R. Moncrief. On motion by the plaintiff to punish the defendant for contempt for failure to pay alimony and a counsel fee, as directed, and to stay all proceedings and the trial until the alimony and fee are paid. Motion granted.

See, also, 155 N. Y. Supp. 1125.

George W. Reiff, of New York City, for the motion.
Henry Hogeboom, of New York City, opposed.

GIEGERICH, J. The motion to punish the defendant for contempt will be granted, and, if plaintiff so desires, the trial will be stayed until 20 days after the counsel fee shall have been paid. Harney v. Harney, 110 App. Div. 20, 96 N. Y. Supp. 905; Fennessy v. Fennessy, 111 App. Div. 181, 97 N. Y. Supp. 602. Such a stay will not impede the defendant in making his defense when the case finally comes to trial, and so is not within the inhibition of Sibley v. Sibley, 76 App. Div. 132, 78 N. Y. Supp. 743, and Hovey v. Elliott, 167 U. S. 409, 17 Sup. Ct. 841, 42 L. Ed. 215, but will operate simply to prevent the defendant from taking any affirmative advantage of his own wrong, by forcing the case on to trial, while the plaintiff, through his own default, is without means to properly present her case.

Settle order on notice.

---

⨀For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes